RECEIVED

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

OCT 2 4 2016

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Marcus Montez Spangler
Full name and prison name of
Plaintiff(s)

v. Nurse Butler ¢ (Medical staff

TWINS → T. PITTMAN
BROTHER → Ms. Pittman
Ms. Bouler
OFFICER SALTER
EX OFFICER Dudley
Lt. Scott ¢ Segt Bowens

MARKEON
Person

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:16-cv-00794-MHT-TFM
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action? YES ☐  No ☑

B.  Have you begun other lawsuits in state or federal court relating to your
imprisonment?   YES ☐        NO ☑

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff (s) _____ N/A _____

Defendant(s) _____ N/A _____

2.  Court (if federal court, name the district; if state court, name the county)

_____ N/A _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still
    pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _ADOC Bullock, Bullock_
Correctional Facility. P.O. BOX 5107 Union Spring, ALA. 36089
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock Corr. Facility._
" Health Care Unit, Main Hallway. CA Quiet Room,

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.
      NAME  Officer Markeon Person  ADDRESS P.O. BOX 5107 Union Springs, AL 36089

1.  Nurse Butler & Medical staff. P.O. BOX 5107 Union Springs AL. 36089
2.  ~~Nurse & P. Human, P.O. BOX 5107 Union Springs, ALA. 36089~~
3.  Ms. Officer Bouier, P.O. BOX 5107 Union Spring, ALA. 36089
4.  Officer Salter, P.O. BOX 5107 Union Springs, ALA. 36089
5.  Ex Corr Officer Mr. Dudley, P.O. BOX 5107 Union Springs, ALA. 36089
6.  Lt. Scott & Sept. Bowens P.O. BOX 5107 Union Springs ALA. 36089

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED 6/25/16  8/2/16
9/15/16  6/02/16  7/26, 27, 28, 29, 30th — 8/1  8/2

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
     GROUND ONE:   Around 6/02/16 I was Working Dish room
IN The Kitchen, Josh And Three Other Dish room

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I CAN prove it →

Workers Wigged out on Dope. Insh Went to illusinating, saying I Raped Him. Once IN THE Infirmary office Sacter and Dudley Beat me badly And Nurse Butter refuse to Do A Body chart, turned her head While I get beat With handcuffs ON. They over looked "PreA" Wrote A Bogus Fighting Without A Weapon that I later Beat

Markeon Person →

GROUND TWO: On 6/25/16 I Wrote Questions And statement to defend Myself on the Disciplinary, The Arresting Agreed with me, But Person Refused to Send MY Question or Attached My Question & Statement to the Disciplinary

SUPPORTING FACTS: Officer Howard Was the Arresting officer Who Answer my Questions And Listen At My Statement, He Said He Didn't see me Hit Anyone or Throw Any Punches, When I talk to the Warden And He Stated He Never Recieve Any Question or Statement. Warden Strickland CAN Vouch on that.

GROUND THREE: On 7/24/16 I Wrote Another Grievance form on Medical, Denied me medical Attention, So I Went 7/26 7/27 7/8 7/29 7/30 8/1 8/2 Without Any treatment, The Grievance form Avaikble.

SUPPORTING FACTS: I still Have most of my Grievance, And I got the Grievance form still IN my Possession Medical Putting the blame on the Officer from what the Grievance form say, It Says At the bottom of the Grievance form they " Called For Inmate, 7/26 7/27 7/28 7/29 7/30 8/01 8/02 of 2016, Then they Complained About it being Locked down on 8/05 2016 All thats on the Grievance.

↘ 60 THOUSAND
$ FROM EACH
DEFENDANT

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I WANT JUSTICE NOT only for ME, But
OTHERS AS WELL. I WANT Justice for ALL
The PAINT SUFFERING THEY Cost ME. I
WANT to BE REWARDED for my suffering AND
I WOULD LIKE for ALL DEFENDANTS BE Remove OR
FIRED, FOR the SAFETY OF MYSELF & OTHERS in this situation.

_Marcus Spangler #188712_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _10/06/16_ .
                (Date)

_Marcus Spangler #188712_
Signature of plaintiff(s)

MARCUS Montez SPANGLER-AIS# 188712D
Bullock CORR FACiLity
    P.O. BOX 5107
   UNION SpRiNGS, ALA 36089



MiDDLE District of ALABAMA
       OFFICE OF
CLERK, UNiTED States District Court
      po. BOX 711

Montgomery, ALA. 36101