IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS MONTEZ SPANGLER,**     ) | |
|     ) | |
|     **Plaintiff,**     ) | |
|     ) | **CIVIL ACTION NO.** |
|     **v.**     ) | **2:16cv794-MHT** |
|     ) | **(WO)** |
| **NURSE BUTLER, et al.,**     ) | |
|     ) | |
|     **Defendants.**     ) | |

### JUDGMENT

Upon consideration of plaintiff's motion to "withdraw" Sergeant Bowens (doc. no. 21), in which plaintiff states that he wishes to dismiss Sergeant Bowens as a defendant, and which the court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED that all claims against defendant Sergeant Bowens are dismissed without prejudice, with no costs taxed, and said defendant Bowens is terminated as a party to this action.

All claims against all other defendants remain pending.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 8th day of December, 2016.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**