IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS MONTEZ SPANGLER,     )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:16cv794-MHT
                            )          (WO)
NURSE BUTLER, et al.,       )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 55) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of July, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE